Bryan Hurlbutt (ISB #8501)
Laurence ("Laird") J. Lucas (ISB #4733)
*Advocates for the West*
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)
bhurlbutt@advocateswest.org
llucas@advocateswest.org

Andrew Hawley (*pro hac vice*)
Northwest Environmental Defense Center
10015 SW Terwilliger Blvd.
Portland, OR 97219
(503) 768-6673
(503) 768-6671 (fax)
hawleya@nedc.org

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO CONSERVATION LEAGUE and NORTHWEST ENVIRONMENTAL DEFENSE CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTA GOLD CORPORATION, <br><br> Defendant. | Case No. 1:11-cv-161-MHW <br><br> **MOTION TO REOPEN CASE** |

Plaintiffs Idaho Conservation League and Northwest Environmental Defense Center hereby move to reopen this case pursuant to the September 12, 2013 Final Judgment (*Dkt. # 125*) in order to present for resolution by the Court their "Motion To Hold Defendant In Civil Contempt, And Impose Additional Penalties And Enforcement Remedies," submitted herewith.

In the Final Judgment, the Court administratively terminated the case for internal case management purposes, but provided "the Court will retain jurisdiction for purposes of enforcing the injunction entered on July 27, 2012 and Plaintiffs shall have the right to reopen the case should new violations of the arsenic or iron effluent limitations occur." Final Judgment (*Dkt. # 125*), p. 3.

The injunction referenced in the Final Judgment is the Court's July 27, 2012 Injunction Order (*Dkt. # 88*), as amended on October 10, 2012 (*Dkt. # 97*), which set a deadline of December 15, 2012 for Defendant Atlanta Gold Corporation ("Atlanta Gold") to come into compliance with the effluent limits of its Clean Water Act Permit for discharges from the Atlanta Gold Project 900 Level Adit.

As set forth in the accompanying Motion To Hold Defendant In Civil Contempt, And Impose Additional Penalties And Enforcement Remedies, Defendant has repeatedly violated the Injunction Order through numerous discharges from the 900 Level Adit that violate the Permit's effluent limits for arsenic and iron. Plaintiffs seek to reopen the case to enforce the Injunction Order in light of these ongoing violations, as the Court has already directed they may do through the Final Judgment, quoted above.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion To Reopen Case so that the Court may resolve their accompanying Motion To Hold Defendant In Civil Contempt, And Impose Additional Penalties And Enforcement Remedies."

DATED: November 3, 2016                    Respectfully submitted,

/s/ Laird J. Lucas
Bryan Hurlbutt (ISB #8501)
Laurence ("Laird") J. Lucas (ISB #4733)
*Advocates for the West*
P.O. Box 1612
Boise, ID 83701

(208) 342-7024
(208) 342-8286 (fax)
bhurlbutt@advocateswest.org
llucas@advocateswest.org

Andrew Hawley (*pro hac vice*)
Northwest Environmental Defense Center
10015 SW Terwilliger Blvd.
Portland, OR 97219
(503) 768-6673
(503) 768-6671 (fax)
hawleya@nedc.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2016 I caused the foregoing MOTION TO REOPEN CASE to be electronically through the CM/ECF system, which caused the following counsel of record to be served by electronic means, as more fully reflected in the Electronic Notice of Filing:

Amy S. Howe
amy.howe@usdoj.gov

Michelle R. Points
mpoints@pointslaw.com

Gary D. Babbitt
gbabbit@hawleytroxell.com

Richard G. Smith
rsmith@hawleytroxell.com

/s/ Laird J. Lucas
Laird J. Lucas