UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO CONSERVATION LEAGUE and NORTHWEST ENVIRONMENTAL DEFENSE CENTER<br><br>Plaintiffs,<br><br>vs.<br><br>ATLANTA GOLD CORPORATION,<br><br>Defendant. | Case No.: 1:11-cv-00161-REB<br><br>**JUDGMENT** |

For the reasons contained in the Memorandum Decision and Order on Motion for Civil Contempt (Dkt. 159) and the Second Injunction Order (Dkt. 166), the United States of America shall have Judgment against Defendant Atlanta Gold Corporation for civil penalties in the amount of $251,000, plus interest.

**IT IS SO ORDERED.**

DATED: **November 6, 2017**

Honorable Ronald E. Bush
Chief U. S. Magistrate Judge

JUDGMENT – 1