Bryan Hurlbutt (ISB #8501)
Laurence ("Laird") J. Lucas (ISB #4733)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024 x206
(208) 342-8286 (fax)
bhurlbutt@advocateswest.org
llucas@advocateswest.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| IDAHO CONSERVATION LEAGUE and NORTHWEST ENVIRONMENTAL DEFENSE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTA GOLD CORPORATION,<br><br>Defendant. | Case No. 1:11-cv-161-REB<br><br>**PLAINTIFFS' RESPONSE TO MOTION FOR EXTENSION OF TIME RE: SANCTION PAYMENT**<br>(ECF No. 175) |

Plaintiffs Idaho Conservation League and Northwest Environmental Defense Center ("ICL") file this Response to the August 21, 2018, Motion For Extension Of Time Re: Sanction Payment (ECF No. 175) filed by Defendant Atlanta Gold Corporation ("AGC"). The supporting Declaration of R. David Russell, filed with AGC's Motion, requests that the Court extend the deadline from August 30, 2018, to December 31, 2018, for AGC to pay the $251,000 Clean Water Act ("CWA") penalty to the U.S. Treasury. ECF No. 175-1 ¶ 9.

ICL proposes a shorter extension for now, giving AGC until October 15, 2018, to make the CWA penalty payment, with interest continuing to accrue as required in the Second Injunction Order (ECF No. 166 ¶ 4). This will give the Court a chance to consider AGC's Status

Report (due September 10) and the Parties' memoranda on substantial compliance (due September 24) and to reach a decision on substantial compliance.

ICL is concerned—based primarily on the ongoing and regular effluent limit violations AGC reports in its DMRs—that AGC has not achieved substantial compliance. If, after reviewing AGC's final Status Report and the Parties' memoranda, the Court finds AGC has achieved substantial compliance, then ICL does not oppose granting AGC another extension until December 31, 2018, to pay the CWA penalty. However, if the Court finds AGC has not achieved substantial compliance, then ICL does <u>not</u> support extending the CWA penalty payment deadline beyond October 15, 2018.

Dated this 29th day of August, 2018.    Respectfully Submitted,

*/s/ Bryan Hurlbutt*
Bryan Hurlbutt (ISB #8501)
Laurence ("Laird") J. Lucas (ISB #4733)
*Advocates For The West*
P.O. Box 1612
Boise, ID 83701
(208) 342-7024 x206
(208) 342-8286 (fax)
bhurlbutt@advocateswest.org
llucas@advocateswest.org

*Attorneys for Plaintiffs*

RESPONSE TO MOTION FOR EXTENSION – 2

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 29th day of August, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

Michelle R. Points, Attorney for Defendant Atlanta Gold Corp.
mpoints@pointslaw.com

William M. Humphries, Attorney for United States
bill.humphries@usdoj.gov

                                                                                         /s/ Bryan Hurlbutt
                                                                                         Bryan Hurlbutt