Michelle R. Points, ISB No. 6224
POINTS LAW, PLLC
910 W. Main, Ste. 222
Boise, ID 83702
Telephone: 208.287.3216
Facsimile: 208.336.2088
Email: mpoints@pointslaw.com

Attorneys for Atlanta Gold Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO CONSERVATION LEAGUE and NORTHWEST ENVIRONMENTAL DEFENSE CENTER,<br><br>Plaintiffs,<br>vs.<br><br>ATLANTA GOLD CORPORATION,<br><br>Defendant. | Case No. 1:11-CV-161-REB<br><br>VERIFIED STATUS REPORT |

Defendant Atlanta Gold Corporation ("AGC"), through its counsel of record Points Law, PLLC, respectfully submits this Status Report in compliance with this Court's Order of August 21, 2018..

Attached as Exhibit A is the report titled "Atlanta Gold Corporation, Status Update July 31, 2018 – August 31,2018" and the Discharge Monitoring Report for July of 2018. The August report is not yet available.

David Russell, acting President for AGC, has personal knowledge of the facts herein and declares and affirms under the penalty of perjury, pursuant to Idaho Code § 9-

VERIFIED STATUS REPORT    1

1406, that the facts contained in Exhibit A are true and correct.

Dated this 10th day of September, 2018

                                        By:    /s/ David Russell
                                                      David Russell

Dated this 10th day of September, 2018

                                        By:    /s/ Michelle R. Points
                                                    Michelle R. Points

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on the 10th day of September, 2018, I electronically filed the foregoing VERIFIED STATUS REPORT with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Bryan Hurlbutt           bhurlbutt@advocateswest.org
Laurence J. Lucas          llucas@advocateswest.org
Advocates for the West


William M. Humphries
Assistant U.S. Attorney          bill.humphries@usdoj.gov

Atlanta Gold Corporation
Status Update
July 1, 2018 – August 31, 2018

Atlanta Gold Corporation (AGC) has continued to perform maintenance and improvements to the water treatment system during the year to achieve and maintain compliance for the NPDES permit and the order of the court.

July – the first effluent sample results for the month were 14 ug/L for arsenic and 100 ug/L for iron. Since the results for tanks #5 & #6 were 11 ug/L for arsenic and 90 ug/L for iron, the increase for the effluent results was probably due to the fact that the cleaning and maintenance of treatment cells #1 and #3 were being performed during this sampling period. The rest of the month's effluent sampling results for arsenic and iron were all in compliance

August – the first effluent sample results for the month were 15 ug/L for arsenic and 100 ug/L for iron while the baseline sample results for arsenic and iron, respectively, were 47 ug/L and <50 ug/L. Some work in the adit was performed at this time and may have affected the results since the 2nd week results were in compliance for both arsenic and iron. Towards the end of the month, there was a decrease in the influent flow.

In order to satisfy the requirements for the NPDES permit, AGC has continued to perform daily inspections morning and evening to monitor and inspect the water treatment facility as well as weekly sampling of effluent water, influent raw water, and semi treated effluent water, and monthly sampling of upstream and downstream iron and arsenic concentrations.



EXHIBIT A

OMB No. 2040-0004

# DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if Different)

| | |
|---|---|
| NAME: | ATLANTA GOLD CORPORATION |
| ADDRESS: | 2417 BANK DRIVE, SUITE 101<br>BOISE, ID 83705 |
| FACILITY: | ATLANTA GOLD PROJECT |
| LOCATION: | 1.5 MILES SOUTH OF ATLANTA<br>ATLANTA, ID 83601 |

ATTN: R. DAVID RUSSELL, INTERIM PRESIDENT

| PERMIT NUMBER | DISCHARGE NUMBER |
|---|---|
| IDG910006 | 001-A |

MONITORING PERIOD
FROM 07/01/2018 TO 07/31/2018

DMR Mailing ZIP CODE: 83705
MINOR (SUBR 02)
DISCHARGE FROM 900 LEVEL ADIT TO MONT
External Outfall
No Discharge ☐

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | VALUE | VALUE | UNITS | VALUE | VALUE | UNITS | | | |
| Temperature, water deg. Centigrade | SAMPLE MEASUREMENT | ****** | ****** | ****** | ****** | 13.7 | deg C | | Weekly | GRAB |
| 00010 1 0<br>Effluent Gross | PERMIT REQUIREMENT | ****** | ****** | ****** | ****** | 19<br>DAILY MX | deg C | | Weekly | GRAB |
| Temperature, water deg. centigrade | SAMPLE MEASUREMENT | ****** | ****** | ****** | ****** | 9.7 | deg C | | Monthly | GRAB |
| 00010 5 0<br>Upstream Monitoring | PERMIT REQUIREMENT | ****** | ****** | ****** | ****** | Req. Mon.<br>DAILY MX | deg C | | Monthly | GRAB |
| Temperature, water deg. centigrade | SAMPLE MEASUREMENT | ****** | ****** | ****** | ****** | 10.8 | deg C | | Monthly | GRAB |
| 00010 6 0<br>Downstream Monitoring | PERMIT REQUIREMENT | ****** | ****** | ****** | ****** | Req. Mon.<br>DAILY MX | deg C | | Monthly | GRAB |
| pH | SAMPLE MEASUREMENT | ****** | ****** | ****** | 7.5 | 7.6 | SU | | Weekly | GRAB |
| 00400 1 0<br>Effluent Gross | PERMIT REQUIREMENT | ****** | ****** | ****** | 6.5<br>INST MIN | 9<br>INST MAX | SU | | Weekly | GRAB |
| Solids, total suspended | SAMPLE MEASUREMENT | ****** | ****** | ****** | ****** | <4 | mg/L | | Weekly | GRAB |
| 00530 1 0<br>Effluent Gross | PERMIT REQUIREMENT | ****** | ****** | ****** | ****** | 30<br>DAILY MX | mg/L | | Weekly | GRAB |
| Arsenic, total recoverable | SAMPLE MEASUREMENT | ****** | ****** | ****** | ****** | 14 | ug/L | 1 | Weekly | GRAB |
| 00978 1 0<br>Effluent Gross | PERMIT REQUIREMENT | ****** | ****** | ****** | ****** | 10<br>DAILY MX | ug/L | | Weekly | GRAB |
| Arsenic, total recoverable | SAMPLE MEASUREMENT | ****** | ****** | ****** | ****** | 42 | ug/L | | Monthly | GRAB |
| 00978 5 0<br>Upstream Monitoring | PERMIT REQUIREMENT | ****** | ****** | ****** | ****** | Req. Mon.<br>DAILY MX | ug/L | | Monthly | GRAB |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: R. David Russell, Interim President & CEO

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: AREA Code 208  NUMBER 424-3343

DATE MM/DD/YYYY

TYPED OR PRINTED

COMMENTS AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here) (SEE ATTACHMENT)
A MAXIMUM TEMPERATURE LIMIT OF 9 DEGREE C APPLIES TO THE DISCHARGE DURING PERIODS OF SALMONID SPAWNING

NAME: ATLANTA GOLD CORPORATION            DMR Mailing ZIP CODE: 83705

EPA Form 3320-1 (Rev.01/06) Previous editions may be used.            Page 1

OMB No. 2040-0004

# DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if Different)

| | |
|---|---|
| ADDRESS: | 2417 BANK DRIVE, SUITE 101<br>BOISE, ID 83705<br>(SUBR 02) |
| FACILITY: | ATLANTA GOLD PROJECT |
| LOCATION: | 1.5 MILES SOUTH OF ATLANTA<br>ATLANTA, ID 83601 |

ATTN: R. DAVID RUSSELL, INTERIM PRESIDENT

PERMIT NUMBER: IDG910006
DISCHARGE NUMBER: 001-A

MONITORING PERIOD
FROM 07/01/2018 TO 07/31/2018

MINOR

DISCHARGE FROM 900 LEVEL ADIT TO MONT
External Outfall
No Discharge ☐

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | VALUE | VALUE | UNITS | VALUE | VALUE | VALUE | UNITS | | | |
| Arsenic, total recoverable | SAMPLE MEASUREMENT | ****** | ****** | ****** | ****** | 40 | | ug/L | | Monthly | GRAB |
| | PERMIT REQUIREMENT | ****** | ****** | ****** | ****** | Req. Mon.<br>DAILY MX | | ug/L | | Monthly | GRAB |
| 00978 6 0<br>Downstream Monitoring | | | | | | | | | | | |
| Iron, total recoverable | SAMPLE MEASUREMENT | ****** | ****** | ****** | ****** | 100 | | ug/L | | Weekly | GRAB |
| | PERMIT REQUIREMENT | ****** | ****** | ****** | ****** | 1000<br>DAILY MX | | ug/L | | Weekly | GRAB |
| 00980 1 0<br>Effluent Gross | | | | | | | | | | | |
| Flow | SAMPLE MEASUREMENT | 100670 | 121709 | gal/d | ****** | ****** | | ****** | | Continuous | RECORD |
| | PERMIT REQUIREMENT | Req. Mon.<br>MO AVG | Req. Mon.<br>DAILY MX | gal/d | ****** | ****** | | ****** | | Continuous | RECORD |
| 74076 1 0<br>Effluent Gross | | | | | | | | | | | |

| NAME/TITLE PRINCIPAL EXECUTIVE OFFICER | I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations. | SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT | TELEPHONE | DATE |
|---|---|---|---|---|
| R. David Russell, Interim President & CEO | | | AREA Code 208  NUMBER 424-3343 | MM/DD/YYYY |
| TYPED OR PRINTED | | | | |

COMMENTS AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
A MAXIMUM TEMPERATURE LIMIT OF 9 DEGREE C APPLIES TO THE DISCHARGE DURING PERIODS OF SALMONID SPAWNING

EPA Form 3320-1 (Rev.01/08) Previous editions may be used.

Page 2

NONCOMPLIANCE REPORT
Attachment to Atlanta Gold Corporation's Discharge Monitoring Reports

February 2018 - The February 5th, 21st, and 27th sampling events produced arsenic concentrations of <5 ug/L, however, on February 12th the sampling results produced a concentration of 11 ug/L. Atlanta Gold Corporation (AGC) immediately started investigating this exceedance by conducting follow-up sampling and additional sampling to pinpoint the cause of the exceedance. The follow-up and additional sampling showed no higher levels of arsenic concentrations than normal. All necessary maintenance had been performed up to the sampling week in question and, given that the other sampling weeks had been below the threshold of 10 ug/L, the sampling event in exceedance was an anomaly. Additional follow-up sampling has shown that arsenic levels are continuing to stay below 5 ug/L. AGC has performed additional precautionary maintenance and has consulted with an USFS engineer to ascertain possible reasons for this exceedance.

March 2018 – There was only one exceedance event for the month that occurred on March 19th which produced an arsenic concentration of 15 ug/L. All other arsenic results for the month were 5 ug/L or less than 5 ug/L. The highest iron concentration was 160 ug/L which is well below the limit of 1000 ug/L. Atlanta Gold Corporation immediately looked in to the cause of this exceedance by inspecting the filters for failure, consulting with the USFS, conducting follow up sampling and generally trying to isolate what went wrong. AGC believes that it is likely there was a spike in arsenic concentrations around the time of the sampling that the filter system was not able to completely eliminate before the samples were taken. Sampling the following week showed that results were back down to 5 ug/L.

May 2018 – After the month of April with all samples in compliance, the first three weeks of May had sampling events which produced arsenic concentrations of 27 ug/L, 21 ug/L and 33 ug/L. These exceedances may have been due to the maintenance activities that started in mid-April after we were able to access the 600 level and continued through May. The maintenance activities included cleaning out culverts, adjusting pond flow, cleaning tanks and cells. In addition, a piping project was completed during the month to help handle the spring runoff. The last week of May sampling event showed results from the maintenance and the arsenic concentrations for the last sample result was back down to <5 ug/L and the iron dropped back down to <50 ug/L.

July 2018 – The first sampling of the month was 14 ug/L for arsenic. In reviewing the maintenance records, the day before and the day of the sampling showed that tanks #1 and #2 were being drained so that the treatment cells #1 and #3 could be cleaned out. This is probably what caused the arsenic level to spike since the rest of the month's sample results ranged from 7 to 9 ug/L. In the future, we will schedule the maintenance so that it isn't close to the days that samples are taken.