Michelle R. Points, ISB No. 6224
POINTS LAW, PLLC
910 W. Main, Ste. 222
Boise, ID 83702
Telephone:  208.287.3216
Facsimile:  208.336.2088
Email: mpoints@pointslaw.com

Attorneys for Atlanta Gold Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO CONSERVATION LEAGUE and NORTHWEST ENVIRONMENTAL DEFENSE CENTER,<br><br>                Plaintiffs,<br>vs.<br><br>ATLANTA GOLD CORPORATION,<br><br>                Defendant. | Case No.  1:11-CV-161-REB<br><br>MEMORANDUM RE:  SUBSTANTIAL COMPLIANCE |

Defendant Atlanta Gold Corporation ("AGC"), through its counsel of record Points Law, PLLC, respectfully submits this Memorandum Re:  Substantial Compliance per this Court's Docket Entry Order of August 21, 2018.

With respect to AGC's NPDES Permit, and the effluent levels for Arsenic and Iron contained therein, the Court, in its Memorandum Decision and Order, set a new compliance deadline for AGC to "substantially comply" with those levels, of August 30, 2018.

The Court defined substantial compliance as "improving control of the volume of

water to be treated so that the system is not overwhelmed, and improving the effectiveness of such treatment in general." Memorandum Decision and Order, p. 30.

Since the time the Memorandum Decision and Order was issued in September of 2017, AGC has submitted five verified status reports which described in detail, improvements to the Pilot Water Treatment Facility ("PWTF"), and improved water treatment generally, at the 900 level mine adit site in Atlanta, Idaho. AGC will not restate the contents of those reports here, but will summarize its substantial compliance with its NPDES permit and the Court's injunction order as follows:

As evidenced in the Discharge Monitoring Reports submitted with those status reports, during the last quarter of 2017 and during 2018, AGC has only had a few occasions where the sample results for Arsenic and Iron exceeded the respective NPDES permit limits, which were very minimal in ug levels.

In compliance with the Court's instruction, AGC completed a surface water diversion at the 600 level adit through a designed pipe installation, after it was determined that a substantial amount of water from higher elevations was flowing directly into the 900 level adit, particularly during periods of high run off. This, along with increased maintenance of the filter tanks, changing the order in which the effluent runs though the respective filters, and changing the aggregate and sand filter material with increased frequency has allowed AGC to better control the flow of water through the PWTF and improve the effectiveness of that treatment. AGC also stopped using zero valent iron in the filter process, which has improved the effectiveness of the filter material inside the filter tanks and inside the bed of the adit.

The few documented exceedences occurred on occasions where the filter tanks

were being cleaned (the water becomes unsettled during this process) and one occasion in March of 2018, there appeared to be a lab error (a sample bottle switch or sample contamination).

      AGC continues to perform twice daily inspections/maintenance, as well as performed weekly sampling of effluent water, influent raw water, and semi treated effluent water, and monthly sampling of upstream and downstream iron and arsenic concentrations.

      AGC, through the PWTF, is in substantial compliance with its NPDES permit and this Court's injunction order.

Dated this 24th day of September, 2018

                                  By:   /s/ Michelle R. Points
                                            Michelle R. Points

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of September, 2018, I electronically filed the foregoing VERIFIED STATUS REPORT with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Bryan Hurlbutt | bhurlbutt@advocateswest.org |
| Laurence J. Lucas | llucas@advocateswest.org |
| Advocates for the West | |

| | |
|---|---|
| William M. Humphries | |
| Assistant U.S. Attorney | bill.humphries@usdoj.gov |