Bryan Hurlbutt (ISB #8501)
Laurence ("Laird") J. Lucas (ISB #4733)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024 x206
(208) 342-8286 (fax)
bhurlbutt@advocateswest.org
llucas@advocateswest.org

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| IDAHO CONSERVATION LEAGUE and NORTHWEST ENVIRONMENTAL DEFENSE CENTER, | ) ) ) | Case No. 1:11-cv-161-REB |
| Plaintiffs, | ) ) | **FOURTH DECLARATION OF BRYAN HURLBUTT** |
| v. | ) ) | |
| ATLANTA GOLD CORPORATION, | ) ) | |
| Defendant. | ) ) | |

I, Bryan Hurlbutt, declare:

1.      I am co-counsel of record for Plaintiffs in the above-captioned matter.  I am over 21 years of age and have personal knowledge of the matters set forth below.

2.      Attached is a true and correct copy of Atlanta Gold's Discharge Monitoring Report ("DMR") for its wastewater treatment facility at the 900 Level Adit for the month of August 2018 provided to me by AGC's attorney Michelle Points on September 19, 2018.

3.      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24th day of September, 2018, at Boise, Idaho.

*/s/ Bryan Hurlbutt*
Bryan Hurlbutt

Form Approved
OMB No. 2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if Different)

| | |
|---|---|
| **NAME:** | ATLANTA GOLD CORPORATION |
| **ADDRESS:** | 2417 BANK DRIVE, SUITE 101 |
| | BOISE, ID 83705 |
| **FACILITY:** | ATLANTA GOLD PROJECT |
| **LOCATION:** | 1.5 MILES SOUTH OF ATLANTA |
| | ATLANTA, ID 83601 |

ATTN:

PERMIT NUMBER: IDG910006
DISCHARGE NUMBER: 001-A

MONITORING PERIOD
FROM: 08/01/2018 (MM/DD/YYYY)
TO: 08/31/2018 (MM/DD/YYYY)

DMR Mailing ZIP CODE: 83705
MINOR
(SUBR 02)
DISCHARGE FROM 900 LEVEL ADIT TO MONT
External Outfall

No Discharge ☐

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | VALUE | VALUE | UNITS | VALUE | VALUE | UNITS | | | |
| Temperature, water deg. Centigrade | SAMPLE MEASUREMENT | ****** | ****** | ****** | ****** | ****** | 11.8 | deg C | | Weekly | GRAB |
| 00010 1 0 Effluent Gross | PERMIT REQUIREMENT | ****** | ****** | ****** | ****** | ****** | 19 DAILY MX | deg C | | Weekly | GRAB |
| Temperature, water deg. centigrade | SAMPLE MEASUREMENT | ****** | ****** | ****** | ****** | ****** | 8.4 | deg C | | Monthly | GRAB |
| 00010 5 0 Upstream Monitoring | PERMIT REQUIREMENT | ****** | ****** | ****** | ****** | ****** | Req. Mon. DAILY MX | deg C | | Monthly | GRAB |
| Temperature, water deg. centigrade | SAMPLE MEASUREMENT | ****** | ****** | ****** | ****** | ****** | 10.3 | deg C | | Monthly | GRAB |
| 00010 6 0 Downstream Monitoring | PERMIT REQUIREMENT | ****** | ****** | ****** | ****** | ****** | Req. Mon. DAILY MX | deg C | | Monthly | GRAB |
| pH | SAMPLE MEASUREMENT | ****** | ****** | ****** | 7.6 | 7.6 INST MIN | | SU | | Weekly | GRAB |
| 00400 1 0 Effluent Gross | PERMIT REQUIREMENT | ****** | ****** | ****** | 6.5 INST MIN | | 9 INST MAX | SU | | Weekly | GRAB |
| Solids, total suspended | SAMPLE MEASUREMENT | ****** | ****** | ****** | ****** | ****** | <4 | mg/L | | Weekly | GRAB |
| 00530 1 0 Effluent Gross | PERMIT REQUIREMENT | ****** | ****** | ****** | ****** | ****** | 30 DAILY MX | mg/L | | Weekly | GRAB |
| Arsenic, total recoverable | SAMPLE MEASUREMENT | ****** | ****** | ****** | ****** | ****** | 29 | ug/L | 2 | Weekly | GRAB |
| 00978 1 0 Effluent Gross | PERMIT REQUIREMENT | ****** | ****** | ****** | ****** | ****** | 10 DAILY MX | ug/L | | Weekly | GRAB |
| Arsenic, total recoverable | SAMPLE MEASUREMENT | ****** | ****** | ****** | ****** | ****** | 47 | ug/L | | Monthly | GRAB |
| 00978 5 0 Upstream Monitoring | PERMIT REQUIREMENT | ****** | ****** | ****** | ****** | ****** | Req. Mon. DAILY MX | ug/L | | Monthly | GRAB |

| NAME/TITLE PRINCIPAL EXECUTIVE OFFICER | I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations. | SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT | TELEPHONE | DATE |
|---|---|---|---|---|
| | | | AREA Code 208   NUMBER 424-3343 | 9/14/18 MM/DD/YYYY |

TYPED OR PRINTED

COMMENTS AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here) (SEE ATTACHMENT)
A MAXIMUM TEMPERATURE LIMIT OF 9 DEGREE C APPLIES TO THE DISCHARGE DURING PERIODS OF SALMONID SPAWNING

EPA Form 3320-1 (Rev.01/06) Previous editions may be used.
NAME: ATLANTA GOLD CORPORATION
DMR Mailing ZIP CODE: 83705

Form Approved
OMB No. 2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if Different)

| | |
|---|---|
| ADDRESS: | 2417 BANK DRIVE, SUITE 101 |
| | BOISE, ID 83705 |
| | (SUBR 02) |
| FACILITY: | ATLANTA GOLD PROJECT |
| LOCATION: | 1.5 MILES SOUTH OF ATLANTA |
| | ATLANTA, ID 83601 |
| ATTN: | |

| IDG910006 | 001-A |
|---|---|
| PERMIT NUMBER | DISCHARGE NUMBER |

MONITORING PERIOD

| | MM/DD/YYYY | | MM/DD/YYYY |
|---|---|---|---|
| FROM | 08/01/2018 | TO | 08/31/2015 |

MINOR

DISCHARGE FROM 900 LEVEL ADIT TO MONT
External Outfall

No Discharge ☐

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | VALUE | VALUE | UNITS | VALUE | VALUE | VALUE | UNITS | | | |
| Arsenic, total recoverable | SAMPLE MEASUREMENT | ***** | ***** | ***** | ***** | ***** | 39 | ug/L | | Monthly | GRAB |
| 00978 6 0 Downstream Monitoring | PERMIT REQUIREMENT | ***** | ***** | ***** | ***** | ***** | Req. Mon. DAILY MX | ug/L | | Monthly | GRAB |
| Iron, total recoverable | SAMPLE MEASUREMENT | ***** | ***** | ***** | ***** | ***** | 220 | ug/L | | Weekly | GRAB |
| 00980 1 0 Effluent Gross | PERMIT REQUIREMENT | ***** | ***** | ***** | ***** | ***** | 1000 DAILY MX | ug/L | | Weekly | GRAB |
| Flow | SAMPLE MEASUREMENT | 88137 | 88632 | gal/d | ***** | ***** | ***** | ***** | | Continuous | RECORD |
| 74076 1 0 Effluent Gross | PERMIT REQUIREMENT | Req. Mon. MO AVG | Req. Mon. DAILY MX | gal/d | ***** | ***** | ***** | ***** | | Continuous | RECORD |

| NAME/TITLE PRINCIPAL EXECUTIVE OFFICER | I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations. | | | | | |
|---|---|---|---|---|---|---|
| | | | TELEPHONE | | DATE | |
| | SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT | AREA Code 208 | NUMBER 424-3343 | MM/DD/YYYY 9/14/18 | |
| TYPED OR PRINTED | | | | | | |

COMMENTS AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
A MAXIMUM TEMPERATURE LIMIT OF 9 DEGREE C APPLIES TO THE DISCHARGE DURING PERIODS OF SALMONID SPAWNING

EPA Form 3320-1 (Rev.01/08) Previous editions may be used.

**NONCOMPLIANCE REPORT**
Attachment to Atlanta Gold Corporation's Discharge Monitoring Reports


**February 2018** - The February 5th, 21st, and 27th sampling events produced arsenic concentrations of <5 ug/L, however, on February 12th the sampling results produced a concentration of 11 ug/L. Atlanta Gold Corporation (AGC) immediately started investigating this exceedance by conducting follow-up sampling and additional sampling to pinpoint the cause of the exceedance. The follow-up and additional sampling showed no higher levels of arsenic concentrations than normal. All necessary maintenance had been performed up to the sampling week in question and, given that the other sampling weeks had been below the threshold of 10 ug/L, the sampling event in exceedance was an anomaly. Additional follow-up sampling has shown that arsenic levels are continuing to stay below 5 ug/L. AGC has performed additional precautionary maintenance and has consulted with an USFS engineer to ascertain possible reasons for this exceedance.

**March 2018** – There was only one exceedance event for the month that occurred on March 19th which produced an arsenic concentration of 15 ug/L. All other arsenic results for the month were 5 ug/L or less than 5 ug/L. The highest iron concentration was 160 ug/L which is well below the limit of 1000 ug/L. Atlanta Gold Corporation immediately looked in to the cause of this exceedance by inspecting the filters for failure, consulting with the USFS, conducting follow up sampling and generally trying to isolate what went wrong. AGC believes that it is likely there was a spike in arsenic concentrations around the time of the sampling that the filter system was not able to completely eliminate before the samples were taken. Sampling the following week showed that results were back down to 5 ug/L.

**May 2018** – After the month of April with all samples in compliance, the first three weeks of May had sampling events which produced arsenic concentrations of 27 ug/L, 21 ug/L and 33 ug/L. These exceedances may have been due to the maintenance activities that started in mid-April after we were able to access the 600 level and continued through May. The maintenance activities included cleaning out culverts, adjusting pond flow, cleaning tanks and cells. In addition, a piping project was completed during the month to help handle the spring runoff. The last week of May sampling event showed results from the maintenance and the arsenic concentrations for the last sample result was back down to <5 ug/L and the iron dropped back down to <50 ug/L.

**July 2018** – The effluent first sampling of the month was 14 ug/L for arsenic. In reviewing the maintenance records, the day before and the day of the sampling showed that tanks #1 and #2 were being drained so that the treatment cells #1 and #3 could be cleaned out. This is probably what caused the arsenic level to spike since the rest of the month's sample results ranged from 7 to 9 ug/L. In the future, we will schedule the maintenance so that it isn't close to the days that samples are taken.

**August 2018** - The first effluent sample results for the month were 15 ug/L for arsenic and 100 ug/L for iron while the baseline sample results for arsenic and iron, respectively, were 47 ug/L and <50 ug/L. Some work in the adit was performed at this time and may have affected the results since the 2nd week results were both in compliance with 9 ug/L for arsenic and 90 ug/L for iron. However, the third week's results then climbed to 29 ug/L for arsenic and 220 ug/L for iron which may have been caused by the decrease of the influent flows towards the end of the month.