## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 24th day of September, 2018, I filed the 4th Hurlbutt Declaration (EFC No. 183) electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

Michelle R. Points, Attorney for Defendant Atlanta Gold Corp.
mpoints@pointslaw.com

William M. Humphries, Attorney for United States
bill.humphries@usdoj.gov

                  /s/ Bryan Hurlbutt
                  Bryan Hurlbutt