# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
## U.S. MAGISTRATE JUDGE MINUTE ENTRY

**(X) EVIDENTIARY HEARING**

| | |
|---|---|
| **Judge:** RONALD E. BUSH | **Deputy Clerk/ESR:** Lynette C. Case |
| **Date:** JANUARY 9, 2019 | CV. 11-161-S-REB |
| (Boise, Idaho) | 9am-12:10 |

| | |
|---|---|
| **IDAHO CONSERVATION LEAGUE, et al,** | Bryan Hurlbutt |
| Plaintiffs, | Attorney for Plaintiffs, |
| **U.S.A., Intervenor Plaintiff,** | |
| vs. | |
| **ATLANTA GOLD CORP.,** | Michelle Points, |
| Defendant. | Attorney for Defendant. |

Court reviewed the record; parties ready to proceed with hearing.

**Atlanta Gold Witness:**
1-David Russell

**Exhibits:**
Atlanta Gold Exhibit Admitted: Def. #1 (flow chart).
ICL Exhibit Admitted: Pltff. A (chart).

Closing Argument by both parties.

(X) Court deemed this matter Under Advisement.